SEPTEMBER 8, 1995

■■■■■■

No. 95–276. GROSSI *v.* UNITED STATES. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46. ■■■■■■

■■■■■■

■■■■■■

No. 95–132 (A–181). VOINOVICH, GOVERNOR OF OHIO, ET AL. *v.* QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRESENTATIVES, ET AL. Appeal from D. C. N. D. Ohio. Application for stay of orders issued by the United States District Court for the Northern District of Ohio in case No. 5:91CV–2219 on April 28, May 26, and August 11, 1995, presented to JUSTICE STEVENS, and by him referred to the Court, granted pending further order of this Court. It is further ordered that appellees' motion to dismiss or affirm in case No. 95–378, *Voinovich, Governor of Ohio, et al.* v. *Quilter, Speaker Pro Tempore of Ohio House of Representatives, et al.,* shall be filed within 10 days of the date of this order.

SEPTEMBER 11, 1995

■■■■■■

No. 122, Orig. TEXAS ET AL. *v.* LOUISIANA ET AL. Motion for leave to file bill of complaint dismissed under this Court's Rule 46.1.

No. 94–2125. HANSEN ET AL. *v.* MIDLANTIC NATIONAL BANK. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

■■■■■■

SEPTEMBER 13, 1995

■■■■■■

No. A–251 (O. T. 1995). LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* JEFFERS. Application to vacate the stay of execution of sentence of death granted by the United States Court of Appeals for the Ninth Circuit on September 13, 1995, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.